AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Anthony Michael Wojciechowski<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No.   1:26 MJ 4018 |

**FILED**
2:33 pm Jan 21 2026
Clerk U.S. District Court
Northern District of Ohio
Cleveland

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  August 2025 - January 21, 2026  in the county of  Cuyahoga  in the
Northern  District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1470 | Transfer of obscene material to minors below the age of 16 |
| 18 U.S.C. § 2251(a) | Sexual Exploitation of a Child |
| 18 U.S.C. § 2252(a)(2) | Receipt of visual depictions of real minors engaged in sexually explict conduct |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT, which is incorporated herein by reference.

☑ Continued on the attached sheet.



*Complainant's signature*

Lane DeBellis, Special Agent, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date:  01-21-2026

*Judge's signature*

City and state:  Cleveland, Ohio   Jonathan D. Greenberg, U.S. Magistrate Judge
*Printed name and title*